UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLENE J HENDRICKSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA NA, et al.,<br><br>Defendants. | CASE NO. C15-514 MJP<br><br>ORDER GRANTING IN PART, DENYING IN PART MOTION TO CONTINUE CASE SCHEDULE |

THIS MATTER comes before the Court on Defendant Nationstar Mortgage LLC and Defendant Federal Home Loan Mortgage Company's Motion to Continue Case Schedule and Trial. (Dkt. No. 28.) Having considered the Parties' briefing and all related papers, the Court GRANTS in part and DENIES in part the motion.

The Court finds that the Parties have failed to demonstrate good cause for a continuance of the trial date. The Parties' desire to pursue mediation in this matter does not constitute good cause for a continuance, as mediation is not required by this District's Local Rules and mediation can be scheduled at any time. The Parties have not provided a suitable explanation as to why the existing case deadlines were not met and why extensions of 150 days and 90 days are warranted.

1  Accordingly, the request for this relief is DENIED without prejudice to bring a renewed motion
2  which cures the defects noted above and outlines a plan for meeting the revised deadlines.
3  However, the Court will provide the Parties with some relief from the current schedule by
4  extending the discovery deadline by 30 days.  The discovery deadline is hereby continued to
5  February 8, 2016.  All other deadlines remain the same.
6      SO ORDERED.
7
8      The clerk is ordered to provide copies of this order to all counsel.
9
10     Dated this 1st day of December, 2015.
11
12
13
    Marsha J. Pechman
14     Chief United States District Judge